

# Fourth Court of Appeals
## San Antonio, Texas

February 21, 2014

No. 04-13-00231-CV

James W. **CARROLL**,
Appellant

v.

Joan **CASTANON**,
Appellee

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 1998-CI-09347
Honorable John D. Gabriel, Jr., Judge Presiding

# O R D E R

On January 23, 2014, we reinstated this appeal and set Appellant's brief due on February 24, 2014. On February 19, 2014, Appellant filed a first motion for extension of time to file Appellant's brief until March 21, 2014.

Appellant's motion is GRANTED. Appellant must filed the brief with this court by March 21, 2014.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of February, 2014.

_____
Keith E. Hottle
Clerk of Court